IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| STONY BATTERY RD PROPERTY OWNER LLC, et al., | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : : | NO. 5:23-cv-00518-JMG |
| QVC, INC., | : : | |
| Defendant. | : : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance as counsel for defendant/counterclaim plaintiff

QVC, Inc.

/s/ David Smith
David Smith (Attorney I.D. 21480)

Attorney for Defendant/Counterclaim
Plaintiff,
 QVC, Inc.

SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania  19103-7286
(215) 751-2000

Of Counsel.

Dated:  July 12, 2023.