# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STONY BATTERY RD PROBERTY OWNER LLC, *et al.*, Plaintiffs,<br><br>v.<br><br>QVC, INC., Defendant. | Civil No. 5:23-cv-00518-JMG |

## ORDER

**AND NOW**, this 3rd day of October, 2025, upon consideration of Defendant's Motion for Sanctions Pursuant to Rule 37(d) (ECF No. 50), Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Sanctions (ECF No. 61), and Defendant's Reply Memorandum of Law in Support of Its Motion for Sanctions (ECF No. 69), **IT IS HEREBY ORDERED** that the Motion for Sanctions (ECF No. 50) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge